UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., and EMC CORPORATION,<br><br>　　　　Defendants. | C.A. No. 1:19-cv-00605-ADA<br><br><br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss Without Prejudice. The Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** as follows:

(1) All claims, counterclaims, and defenses asserted by any of the parties against any other party in the above-captioned are dismissed without prejudice;

(2) Each party shall bear its own costs and fees.

*Alan D Albright*

June 26, 2019

1